UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COACHELLA MUSIC FESTIVAL, LLC and GOLDENVOICE, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PHILLIPS 66 COMPANY; and CRAVEONLINE MEDIA, LLC,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02807 R (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Manuel L. Real |

　　　The Court, having read and considered the stipulation of the Parties, and good cause appearing,

　　　**IT IS ORDERED** that the stipulation is **APPROVED** and that this Action is dismissed with prejudice with respect to each of the Defendants. The Parties will each bear their own costs and fees.

　　　**IT IS SO ORDERED.**

DATED: September 16, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Manuel L. Real
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge